Robert P. Goe - State Bar No. 137019
Elizabeth A. LaRocque – State Bar No. 219977
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
rgoe@goeforlaw.com
elarocque@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Irvine Medical Arts, LP,
Debtor and Debtor in Possession

FILED & ENTERED

JUL 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>IRVINE MEDICAL ARTS, a California limited partnership,<br><br><br><br>Debtor and Debtor-in-Possession | Case No. 8:09-bk-16184-ES<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING DEBTOR'S MOTION FOR ORDER APPROVING:**<br>1. **COMPROMISE OF CONTROVERSY WITH CALIFORNIA BANK & TRUST PURSUANT TO BANKRUPTCY RULE 9019;**<br>2. **SETTLEMENT AGREEMENT WITH IRVINE MEDICAL ARTS PLAZA ASSOCIATION;**<br>3. **DISMISSAL OF BANKRUPTCY CASE;**<br>4. **RESERVATION OF JURISDICTION FOR FINAL FEE APPLICATION OF GOE & FORSYTHE, LLP**<br><br>**Hearing Date:**<br>Date:    July 26, 2010<br>Time:   10:30 a.m.<br>Courtroom: 5A |

1   Debtor-in-Possession's, Irvine Medical Arts, a California limited partnership
2   ("Debtor"), Motion for Order authorizing Debtor to enter into the Forbearance and
3   Discounted Payoff Agreement ("CB&T Agreement") with secured creditor California Bank &
4   Trust, as Assignee of the FDIC as Receiver for Vineyard Bank, National Association
5   ("CB&T") and to dismiss case, reserving jurisdiction to hear the final fee application of Goe &
6   Forsythe, LLP (the "Motion"), and authorizing Debtor to enter into the Settlement Agreement
7   with Irvine Medical Arts Plaza Association (the "Association") (the "Association Agreement"),
8   resolving the only objection to the Motion, came on for hearing on July 26, 2010 at 10:30 a.m.
9   Robert P. Goe appeared for the Debtor. All other appearances are as noted on the record.
10  Proper notice having been provided, objections resolved, and good cause shown,

**IT IS HEREBY ORDERED** that the Debtor is authorized to enter into the CB&T Agreement as set forth in the Motion, and pursuant to the terms of the CB&T Agreement attached as Exhibit "1" to the Motion.

**IT IS FURTHER ORDERED** that the Debtor and CB&T Bank are authorized and directed to execute any and all documents necessary to effectuate the CB&T Agreement.

**IT IS FURTHER ORDERED** that Debtor is authorized to enter into the Association Agreement with the Association as set forth in Debtor's Notice of Hearing on the Objection of Irvine Medical Arts Association to the Motion (the "Notice"), and pursuant to the terms of the Association Agreement attached as Exhibit "1" to the Notice.

///
///
///
///
///
///
///
///
///

1     **IT IS FURTHER ORDERED** that the Debtor and the Association are authorized and
2 directed to execute any and all documents necessary to effectuate the Association Agreement.
3     **IT IS FURTHER ORDERED** that this case is dismissed.
4     **IT IS FINALLY ORDERED** that this Court reserves jurisdiction for the Final Fee
5 Application of Goe & Forsythe, LLP.

7                                      ###

*[Signature: Erithe A. Smith]*

DATED: July 26, 2010

United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612. A true and correct copy of the foregoing document described **ORDER APPROVING DEBTOR'S MOTION FOR ORDER APPROVING: 1. COMPROMISE OF CONTROVERSY WITH CALIFORNIA BANK & TRUST PURSUANT TO BANKRUPTCY RULE 9019; 2. SETTLEMENT AGREEMENT WITH IRVINE MEDICAL ARTS PLAZA ASSOCIATION; 3. DISMISSAL OF BANKRUPTCY CASE; 4. RESERVATION OF JURISDICTION FOR FINAL FEE APPLICATION OF GOE & FORSYTHE, LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 26, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On   **July 26, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**III.   SERVED BY PERSONAL DELIVERY, ~~FACSIMILE TRANSMISSION~~ OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 26, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Hand Delivered**
- The Honorable Erithe Smith, USBC, 411 West Fourth Street, Santa Ana, CA  92701 (hand delivered)

**Emailed**
- Brian W Byun     brian.byun@bakermckenzie.com
- Dan E Chambers     dchambers@jmbm.com
- Dan E Chambers     dan.chambers@troutmansanders.com
- Jesse S Finlayson     jfinlayson@faw-law.com, wmills@faw-law.com
- Marc C Forsythe     kmurphy@goeforlaw.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Bruce G Landau     bgl26@aol.com
- R G Pagter     gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 26, 2010** | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the Court that a judgment or order entitled **ORDER APPROVING DEBTOR'S MOTION FOR ORDER APPROVING: 1. COMPROMISE OF CONTROVERSY WITH CALIFORNIA BANK & TRUST PURSUANT TO BANKRUPTCY RULE 9019; 2. SETTLEMENT AGREEMENT WITH IRVINE MEDICAL ARTS PLAZA ASSOCIATION; 3. DISMISSAL OF BANKRUPTCY CASE; 4. RESERVATION OF JURISDICTION FOR FINAL FEE APPLICATION OF GOE & FORSYTHE, LLP** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of July 26, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

- Brian W Byun    brian.byun@bakermckenzie.com
- Dan E Chambers    dchambers@jmbm.com
- Dan E Chambers    dan.chambers@troutmansanders.com
- Jesse S Finlayson    jfinlayson@fwtrl.com, wmills@fwtrl.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Bruce G Landau    bgl26@aol.com
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on next page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page